UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                  :
UNITED STATES OF AMERICA,        :
                                                  :         13 Cr. 027 (PAE)
                                                  :         <u>Electronically Filed</u>
         – *against* –                  :
                                                 :         NOTICE OF APPEARANCE AND
JUSTIN GENSEL,                         :         AND REQUEST FOR
                                                 :         ELECTRONIC NOTIFICATION
                  Defendant.        :
                                                 :
-------------------------------------------------------x

      Please take notice that Aaron Mysliwiec, Esq., hereby appears in this action on behalf of JUSTIN GENSEL and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

      I am an attorney in good standing in the State of New York, as well as the United States District Court for the Southern District of New York.

Dated:  January 16, 2013
          New York, New York

                                              Respectfully submitted,

                                              /s/Aaron Mysliwiec
                                              Aaron Mysliwiec
                                              DRATEL & MYSLIWIEC
                                              2 Wall Street, 3rd Floor
                                              New York, New York 10005
                                              (212) 732-0707
                                              amysliwiec@dratelmys.com

                                              *Attorney for Defendant Justin Gensel*