

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/1/13

**By Email (EngelmayerNYSDChambers@nysd.uscourts.gov)**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*MEMO ENDORSED*

     Re:  *United States v. Chavis, et al.,*
         **13 Cr. 27 (PAE)**

Dear Judge Engelmayer:

     As discussed with Your Honor's Law Clerk, the Government respectfully requests that the Court schedule an initial conference in this case for Thursday, February 14, 2013, at 1:00 p.m. The Government also respectfully requests that time be excluded as to the defendants in the above-referenced case pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A), through the date of the initial conference, in the interests of justice, to afford the Government time to compile and produce discovery, and to afford the respective defendants, who are bailed and reside outside of New York State, time to schedule flights and travel to this District. Counsel for each of the defendants consents to this request.

                     Respectfully submitted,

                     PREET BHARARA
                     United States Attorney

By:      /s/
           Adam Fee
           Assistant United States Attorney
           (212) 637-1589

cc: All Counsel of Record (by E-mail)

*Granted. Time is excluded for under § 3161 (h)(7), until February 14.*

**SO ORDERED:**

*Paul A. Engelmayer*

HON. PAUL A. ENGELMAYER
**UNITED STATES DISTRICT JUDGE**

2/1/13