

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/13
```

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 24, 2013

**By Email (EngelmayerNYSDChambers@nysd.uscourts.gov)**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. William Chavis, et al., 13 Cr. 27 (PAE)

Dear Judge Engelmayer:

As discussed with Your Honor's Law Clerk, the parties jointly request that the conference currently scheduled in the above-referenced case for May 30, 2013, at 3:30 p.m. be adjourned to a date and time that is convenient for the Court during the week of June 24, 2013. The reason for this request is that the parties' respective requests to the Government for non-criminal resolutions of these charges have not yet been finally resolved. The parties request an additional period of time in order to allow the Government to resolve these requests prior to setting a motion schedule and trial date in this matter. In the event the Court grants this request, the Government also respectfully requests that, in the interests of justice, the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from May 30, 2013 through the date of the rescheduled conference.

Very truly yours,

PREET BHARARA
United States Attorney

By: ___/s/_____
Adam Fee
Assistant United States Attorney
(212) 637-1589

cc:   All Counsel of Record (via email)

5/28/13

Granted. The next conference will be held on June 26, 2013, at 5 p.m. Time is excluded until then, to enable the parties to discuss a potential resolution of the case. See 18 USC § 3161(h)(7)(A)

SO ORDERED:

_____Paul A. Engelmayer_____
HON. PAUL A. ENGELMAYER
**UNITED STATES DISTRICT JUDGE**