UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

United States                            Plaintiff,    Case No. 13-cr-00027 (PAE)

-against-

Justin Gensel                            Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Aaron J. Mysliwiec
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AM6258        My State Bar Number is 4168670

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Dratel & Mysliwiec
             FIRM ADDRESS:  2 Wall Street, 3rd Floor, New York, New York, 10005
             FIRM TELEPHONE NUMBER:  (212) 732 - 0707
             FIRM FAX NUMBER:  (212) 571 - 3792

NEW FIRM:    FIRM NAME:  Miedel & Mysliwiec, LLP
             FIRM ADDRESS:  111 Broadway, Ste 1401, New York, New York 10006
             FIRM TELEPHONE NUMBER:  (212) 616 - 3046
             FIRM FAX NUMBER:  (800) 507 - 8507

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 6/11/13                           /s/ Aaron Mysliwiec
                                         ATTORNEY'S SIGNATURE