

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 19, 2013

**By Email (EngelmayerNYSDChambers@nysd.uscourts.gov)**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. William Chavis, et al., 13 Cr. 27 (PAE)

Dear Judge Engelmayer:

The Government respectfully requests that the conference currently scheduled in the above-referenced case for June 24, 2013 be adjourned to a date and time that is convenient for the Court during the week of July 8, 2013. The reason for this request is that the parties' respective requests to the Government for non-criminal resolutions of these charges have not yet been finally resolved. The Government requests this final adjournment in order to allow the Government to resolve these requests prior to setting a motion schedule and trial date in this matter. In the event the Court grants this request, the Government also respectfully requests that, in the interests of justice, the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from June 24, 2013 through the date of the rescheduled conference. Counsel for all defendants consent to these requests.

Very truly yours,

PREET BHARARA
United States Attorney

By: ____/s/_____
Adam Fee
Assistant United States Attorney
(212) 637-1589

cc:   All Counsel of Record (via email)

"Granted. The conference is rescheduled for July 11, 2013 at 2:15 pm. Time is excluded until July 11, 2013 pursuant to 18 U.S.C. § 3161(h)(7)(A), to enable the parties to continue discussing a potential resolution of this matter."

SO ORDERED: 6/19/13

*Paul A. Engelmayer*
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE