```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/13
```

# MARGARET E. ALVERSON

ATTORNEY AT LAW
160 East 84th Street
NEW YORK, NEW YORK 10028
-------
TELEPHONE: (212) 249-3129 / (504) 388-4133
E-mail MEAlverson@gmail.com

Admitted to practice:
New York
Louisiana

July 2, 2013

Via email: EngelmayerNYSDchambers@NYSD.uscourts.gov
Honorable Paul A. Engelmayer
U.S. District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. William Chavis, et al
    13 CR 027 (PAE)

Dear Judge Engelmayer:

      This letter is written on behalf of all three defendants to request that they be excused from the status conference in the above captioned matter which is presently scheduled for July 11, 2013 at 2:15 p.m. The defendants are released on bond. They reside in Tampa, Florida and seek to be excused to avoid travel expense and time away from work and family. The defendants continue to await the Government's response to their request to resolve these charges with a non-criminal disposition prior to setting a motion schedule. I have conferred with AUSA Adam Fee who states that the Government takes no position and will not object to having the defendants excused from this status conference.

      Yours respectfully,

      /s/
      Margaret E. Alverson, Esq.
      Attorney for William Chavis

cc: Adam Fee, AUSA (via email)
    All Counsel of Record (Via email)

*Granted. 7/2/13*

**SO ORDERED:**

/s/ Paul A. Engelmayer
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE