

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 29, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/13
```

**By Email (EngelmayerNYSDChambers@nysd.uscourts.gov)**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. William Chavis, et al., 13 Cr. 27 (PAE)

Dear Judge Engelmayer:

The Government respectfully requests that the conference currently scheduled in the above-referenced case for September 4, 2013 be adjourned to a date and time that is convenient for the Court during the week of September 16, 2013. The reason for this request is that the Government requires a brief additional period of time to relay to the defendants the results of the Government's internal deliberations concerning their respective requests for non-criminal resolutions of the charges in this case, and to negotiate any potential resolutions of the charges. The Government requests this adjournment in order to allow the Government to resolve these requests prior to setting a motion schedule and trial date in this matter. In the event the Court grants this request, the Government also respectfully requests that, in the interests of justice, the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from September 4, 2013 through the date of the rescheduled conference. I have been advised that counsel for all defendants consent to these requests.

Very truly yours,

PREET BHARARA
United States Attorney

By:   /s/
Adam Fee
Assistant United States Attorney
(212) 637-1589

cc:   All Counsel of Record (via email)

8/30/13

**SO ORDERED:**

Granted. The conference is rescheduled for September 20, at 4 pm. Time is excluded to facilitate potential negotiations regarding a disposition. See 18 USC § 3161(h)(7)(A).

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE