# raiser&kenniff
## ATTORNEYS AT LAW

Steven M. Raiser, Esq.
Thomas A. Kenniff, Esq.
James M. Ingoglia, Esq.
Amanda L. Wood, Esq.
Anthony P. Delluniversita, Esq.
Ariana C. Smith, Esq.

1517 Franklin Avenue, Suite 300
Mineola, New York 11501
Tel. 516-742-7600 • Fax 516-742-7618

Of Counsel
Alexander Levine, Esq.
Edward Fregosi, Esq.
Giovanni L. Escobedo, Esq.
John McDonnell, Esq.
Stephen C. Dachtera, Esq.
Bruce R. Connolly, Esq.

September 17, 2013

**VIA ECF**

Judge Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street, Room 660
New York, NY 10007

    Re:    USA v. Chavis et al, 1:13-cr-00027-PAE

Dear Judge Engelmayer:

    Our firm represents Kevin Matherson in the above-referenced matter. This letter is being written on behalf of Defendants Mr. Matherson, William Chavis, and Justin Gensel (collectively "Defendants"). The matter is currently set for a conference on Friday, September 20, 2013.

    We respectfully request that the Defendants in the above-referenced matter be excused from appearing at the September 20, 2013 conference. Defendants reside in Florida, and we ask that the Court considering the financial burden of purchasing a last-minute flight to New York, excuse the Defendants' appearance.

    Defense counsel has been also working diligently with A.U.S.A. Adam Fee with respect to a potential resolution of the matter. All parties, including Mr. Fee, have consented to the excusal of the Defendants appearance.

    Please do not hesitate to contact this office should you have any questions or require additional documentation and thank you for your attention to this matter.

Respectfully Submitted,

James M. Ingoglia, Esq.

JMI/as

    cc:    A.U.S.A Adam Fee
              All Defense Counsel

Manhattan Office
87 Walker Street, 2nd Floor
New York, New York 10013
212-274-0090

www.raiserkenniff.com

Suffolk Office
21 W. 2nd Street, #2
Riverhead, New York 11901
631-338-5711