# raiser&kenniff
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| Steven M. Raiser, Esq. | 1517 Franklin Avenue, Suite 300 | Of Counsel |
| Thomas A. Kenniff, Esq. | Mineola, New York 11501 | Alexander Levine, Esq. |
| James M. Ingoglia, Esq. | Tel. 516-742-7600 | Edward Fregosi, Esq. |
| Amanda L. Wood, Esq. | | Giovanni L. Escobedo, Esq. |
| Anthony P. Delluniversita, Esq. | | John McDonnell, Esq. |
| Ariana C. Smith, Esq. | | Stephen C. Dachtera, Esq. |
| | | Bruce R. Connolly, Esq. |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/13

**MEMO ENDORSED**

September 17, 2013

9/18/13 Granted. Defendants are excused from attending the September 20 conference.

**VIA ECF**

Judge Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street, Room 660
New York, NY 10007

**SO ORDERED:**

*Paul A. Engelmayer*

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

Re:   USA v. Chavis et al, 1:13-cr-00027-PAE

Dear Judge Engelmayer:

Our firm represents Kevin Matherson in the above-referenced matter. This letter is being written on behalf of Defendants Mr. Matherson, William Chavis, and Justin Gensel (collectively "Defendants"). The matter is currently set for a conference on Friday, September 20, 2013.

We respectfully request that the Defendants in the above-referenced matter be excused from appearing at the September 20, 2013 conference. Defendants reside in Florida, and we ask that the Court considering the financial burden of purchasing a last-minute flight to New York, excuse the Defendants' appearance.

Defense counsel has been also working diligently with A.U.S.A. Adam Fee with respect to a potential resolution of the matter. All parties, including Mr. Fee, have consented to the excusal of the Defendants appearance.

Please do not hesitate to contact this office should you have any questions or require additional documentation and thank you for your attention to this matter.

Respectfully Submitted,

*James M. Ingoglia*
James M. Ingoglia, Esq.

JMI/as

cc:   A.U.S.A Adam Fee
      All Defense Counsel

Manhattan Office
87 Walker Street, 2nd Floor
New York, New York 10013
212-274-0090

www.raiserkenniff.com

Suffolk Office
21 W. 2nd Street, #2
Riverhead, New York 11901
631-338-5711