

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 5, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/14

**By Email (EngelmayerNYSDChambers@nysd.uscourts.gov)**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. William Chavis, et al., 13 Cr. 27 (PAE)

Dear Judge Engelmayer:

The Government writes to advise the Court that it does not oppose the defendants' request in the above-captioned matter to waive the defendants' appearance at the status conference scheduled for May 9, 2014. Further, given the status of this case, in which each of the defendants have entered into deferred prosecution agreements with the Government, the Government respectfully requests that the Court cancel the parties' appearance on May 9, 2014. The Government anticipates forwarding to the Court and defense in advance of that date the appropriate documents necessary to terminate the prosecution, assuming the defendants' continued compliance with their agreements through May 9, 2014.

Very truly yours,

PREET BHARARA
United States Attorney

By:  /s/
Adam Fee
Assistant United States Attorney
(212) 637-1589

cc:   All Counsel of Record (via email)

5/5/14

Upon receipt and execution of a proposed order, the Court will then cancel the May 9, 2014, conference. The Court directs the Government to submit such an order by May 7, 2014.

SO ORDERED:

*Paul A. Engelmayer*
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE