

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/14

May 9, 2014

**By Email (EngelmayerNYSDChambers@nysd.uscourts.gov)**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. William Chavis, et al., 13 Cr. 27 (PAE)

Dear Judge Engelmayer:

The Government writes to respectfully request that the Court adjourn the parties' appearance on May 9, 2014 to a date that is convenient for the Court on or after Wednesday, May 14, 2014. As discussed with Your Honor's law clerk, the reason for this request is that the Government has not yet obtained the necessary internal authorizations to dismiss the prosecution, and anticipates being able to do so over the next several days. As soon as these authorizations are obtained, the Government will notify the Court and the parties immediately. At that point, the Government anticipates making an additional request to cancel the parties' appearance.

Very truly yours,

PREET BHARARA
United States Attorney

By:   /s/
Adam Fee
Assistant United States Attorney
(212) 637-1589

cc:   All Counsel of Record (via email)

5/9/14

*The conference is adjourned until May 22, 2014 at 9 a.m. Time is excluded until then to permit the parties to finalize this disposition. See 18 USC § 3161(h)(7)(A).*

SO ORDERED:

*Paul A. Engelmayer*
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE