

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 21, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/14

**BY ECF & EMAIL (EngelmayerNYSDChambers@nysd.uscourts.gov)**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*MEMO ENDORSED*

Re:   United States v. William Chavis, et al., 13 Cr. 27 (PAE)

Dear Judge Engelmayer:

The Government writes to respectfully request that the Court adjourn the parties' appearance on May 22, 2014 to a date that is convenient for the Court in approximately two weeks. As discussed with Your Honor's law clerk, the reason for this request is that the Government has not yet obtained the necessary internal authorizations to dismiss the prosecution but anticipates that it will do so within the next two weeks. As soon as these authorizations are obtained, the Government will notify the Court and the parties immediately. At that point, the Government anticipates making an additional request to cancel the parties' appearance.

In the event the Court grants this request, the Government also respectfully requests that the Court exclude the time between May 22, 2014 and the rescheduled date of the conference, in the interests of justice, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by permitting additional time for the Government to resolve this action outweigh the best interests of the public and the defendants in a speedy trial. Defense counsel consents to these requests.

Very truly yours,

PREET BHARARA
United States Attorney

By: __/s/__
Adam Fee
Assistant United States Attorney
(212) 637-1589

cc:   All Counsel of Record (via email)

*Handwritten endorsement:* 5/22/14 Granted. The conference is adjourned until June 24, 2014 at 10 a.m. Time is excluded until then, for the reasons indicated.

SO ORDERED:

*Paul A. Engelmayer*
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE