UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

    - v. -                       :     **NOLLE PROSEQUI**

WILLIAM CHAVIS,                  :     13 Cr. 27 (PAE)
JUSTIN GENSEL,
and KEVIN MATHERSON,             :

              Defendants.        :
- - - - - - - - - - - - - - - - - x

    1.    The filing of this nolle prosequi will dispose of this case with respect to WILLIAM CHAVIS, JUSTIN GENSEL, and KEVIN MATHERSON, the defendants.

    2.    On January 14, 2013, Indictment 13 Cr. 27 (PAE) was filed. The Indictment charges that from in or about August 2010 through in or about May 2012, in the Southern District of New York and elsewhere, WILLIAM CHAVIS, JUSTIN GENSEL, and KEVIN MATHERSON, the defendants, and others, willfully and knowingly combined, conspired, confederated and agreed together and with each other to violate Title 21, United States Code, Section 846.

    3.    In November 2013, the Government entered into deferred prosecution agreements with each of these defendants. In each case, the agreement between the Government and the defendant provided that the prosecution against the defendant would be deferred for a period of six months and that upon successful completion of

1

supervision, no further prosecution would be instituted in this District for the charged offense.

4. Representatives of the United States Pretrial Services Office have informed the Government that WILLIAM CHAVIS, JUSTIN GENSEL, and KEVIN MATHERSON, the defendants, have fully complied with the conditions of their respective deferred prosecution agreements.

5. In light of the foregoing, I recommend that an order of nolle prosequi be filed as to WILLIAM CHAVIS, JUSTIN GENSEL, and KEVIN MATHERSON, the defendants, with respect to Indictment 13 Cr. 27 (PAE).

Dated: New York, New York
       June 23, 2014

Adam Fee
Assistant U.S. Attorney

2

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to WILLIAM CHAVIS, JUSTIN GENSEL, and KEVIN MATHERSON, the defendants, with respect to Indictment 13 Cr. 27 (PAE).

Dated: New York, New York
       June 23, 2014

*[signature]*

PREET BHARARA
United States Attorney
Southern District of New York

SO ORDERED:

Dated: New York, New York
       June 24, 2014

*[signature]*

HON. PAUL A. ENGELMAYER
United States District Judge
Southern District of New York